AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kenneth D. Wilcox,<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 10-6413-RSR<br>)<br>)<br>) |

FILED by _____ D.C.

OCT 1 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2003__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1073 | did knowingly and willfully move and travel in interstate and foreign commerce with the intent to avoid prosecution for the crimes of Grand Theft (FSS 812.014) and Aggravated Fleeing and Eluding (FSS 316.1935(2)), which is a felony under the laws of Florida. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Ronald C. Stewart, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/12/2010__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__

Robin S. Rosenbaum, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ronald C. Stewart, being duly sworn, depose and state:

1. I am a Task Force Officer of the Federal Bureau of Investigation (FBI), stationed at Miami, Florida, and have been so employed since August 01, 2006.

2. This Affidavit is submitted in support of application for a criminal complaint charging Kenneth D. Wilcox with intent to avoid prosecution for a felony under the laws of the State of Florida.

3. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

4. By letter dated August 23, 2010, addressed from the Broward County State's Attorney's Office, Broward County, Florida, Michael J. Satz, State Attorney for Broward County, Florida, requested the assistance of the Federal Bureau of Investigation under the Unlawful Flight to Avoid Prosecution statute, Title 18, United States Code, Section 1073, to locate and apprehend Kenneth D. Wilcox, who is being sought by the County of Broward, State of Florida for the felony crimes of Grand Theft (FSS 812.014), committed on July 31, 2003. A copy of the State Attorney's letter is attached hereto.

5. On February 22, 2005, a Capias was issued by the Honorable Cheryl J. Aleman of the Seventeenth Judicial Circuit of and for Broward County, Florida charging Kenneth D. Wilcox with Grand Theft (FSS 812.014) and a secondary capias was issued for Aggravated Fleeing and Eluding (FSS 316.1935(2)) .

6. Since the issuance of the Capias for Kenneth D. Wilcox's arrest on February 22, 2005, he has avoided apprehension by the Broward Sheriff's Office, and remains at large. More

particularly, I believe that Kenneth D. Wilcox upon his release from the Broward County Jail on December 07, 2004 fled the State of Florida bound for Cambodia. Information gained from the State Department shows Kenneth D. Wilcox is currently living in Cambodia and may be incarcerated for unrelated charges in Cambodia.

7. Kenneth D. Wilcox is described as a white male, 5' 09" tall, approximately 145 pounds, with brown hair and brown eyes.

8. The State Attorney's Office has made the representation that the State of Florida will extradite and prosecute Kenneth D. Wilcox if he is apprehended in another state, district, or territory of the United States, and that the State of Florida will bear all expenses arising therefore.

9. Based on the foregoing facts, your affiant asserts that there is probable cause to believe that Kenneth D. Wilcox did knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

Ronald C. Stewart / Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this
13th day of October, 2010

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-6413-RSR

UNITED STATES OF AMERICA

vs.

KENNETH D. WILCOX,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0148369
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
TELEPHONE:  (954) 356-7255 ext.3608
FACSIMILE:  (954) 356-7336
E-Mail Address: Marc.Anton@usdoj.gov